# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

OLANDO JUWAN THOMAS                                                                PLAINTIFF
ADC # 143397

v.                              5:12CV00359-JLH-JJV

JAMES BANKS, Warden, Varner Unit,
Arkansas Department of Correction; *et al.*                                        DEFENDANTS

## ORDER

Before the Court is the ADC Defendants' Motion to Stay Discovery as to Defendant Joe Page, III. (Doc. No. 18). In the interest of judicial economy and efficiency, the Motion to Stay Discovery (Doc. No. 18) is GRANTED. Defendant Page is relieved from participating in discovery until the Court orders otherwise.

IT IS SO ORDERED this 28th day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE