IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| OLANDO JUWAN THOMAS, <br> ADC #143397, | * <br> * <br> * | |
| Plaintiff, | * | |
| v. | * <br> * | No. 5:12CV00359-JJV |
| JAMES BANKS, Warden, Varner Unit; *et al.*, | * <br> * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 13th day of January, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1